IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO.: 3:09-CV-511-FDW-DCK

| | |
|---|---|
| LIBERTY MUTUAL FIRE INS. CO., ) | |
| Plaintiff, ) | |
| v. ) | **ORDER** |
| RENNE ACQUISITION CORP., ET AL., ) | |
| Defendants. ) | |

THIS MATTER came on before the Court upon Plaintiff Liberty Mutual Fire Insurance Company's "Application For Admission To Practice *Pro Hac Vice*" (Document No. 9) filed December 3, 2009 pursuant to Local Rule 83.1(b), and the Court having reviewed the pleadings and supporting materials, and it appearing to the Court that Plaintiff's Motion should be allowed:

IT IS THEREFORE ORDERED, ADJUDGED, and DECLARED that Plaintiff's "Application For Admission To Practice *Pro Hac Vice*" (Document No. 9) is allowed, and Charles H. Cassis hereby is admitted *pro hac vice* and permitted to practice before this Court as co-counsel for Plaintiff Liberty Mutual Fire Insurance Company.

Signed: December 7, 2009

David C. Keesler
United States Magistrate Judge