IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO.: 3:09-CV-511-FDW-DCK

| | |
|---|---|
| LIBERTY MUTUAL FIRE INS. CO., <br><br> Plaintiff, <br><br> v. <br><br> RENNE ACQUISITION CORP., ET AL., <br><br> Defendants. | ORDER |

THIS MATTER came on before the Court upon Defendant Total Distribution Services, Inc.'s "Application For Admission To Practice *Pro Hac Vice*" (Document No. 17) filed January 14, 2010, pursuant to Local Rule 83.1(b), and the Court having reviewed the pleadings and supporting materials, and it appearing to the Court that Defendant's Motion should be allowed:

IT IS THEREFORE ORDERED, ADJUDGED, and DECLARED that Defendant's "Application For Admission To Practice *Pro Hac Vice*" (Document No. 17) is allowed, and Jeffrey D. Cohen hereby is admitted *pro hac vice* and permitted to practice before this Court as co-counsel for Defendant Total Distribution Services, Inc.

Signed: January 14, 2010

David C. Keesler
United States Magistrate Judge